IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LAUREN A. ESTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-3300 |
| | ) | |
| ANDREW SAUL[1], | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 14). Judge Schanzle-Haskins recommends that this Court deny Plaintiff Lauren Eston's Brief in Support of Motion for Summary Judgment (d/e 10), grant Defendant Commissioner of Social Security's Motion for Summary Affirmance (d/e 12), and affirm the decision of the Defendant Commissioner.

---

[1] Andrew Saul has been appointed as Commissioner of Social Security. As such, he is automatically substituted in as the property party defendant in this case. See Fed. R. Civ. P. 25(d).

Objections to the Report and Recommendation were due on or before January 17, 2020. Neither party filed objections.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The Court reviews <u>de</u> <u>novo</u> any part of the Report and Recommendation to which a proper objection has been made. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." <u>Johnson v. Zema Sys. Corp.</u>, 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

Judge Schanzle-Haskins found the Administrative Law Judge's decision was supported by substantial evidence. Judge Schanzle-Haskins addressed each of the issues raised by Plaintiff in her Brief (d/e 10). After reviewing the record, the Report and Recommendation, the parties' Motions and memoranda, as well as the applicable law, this Court finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

(1) The Report and Recommendation (d/e 14) is ADOPTED in its entirety.

(2) Plaintiff's Brief in Support of Motion for Summary Judgment (d/e 10) is DENIED.

(3) Defendant's Motion for Summary Affirmance (d/e 12) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

ENTERED: January 24, 2020

FOR THE COURT:

                                      s/ Sue E. Myerscough
                                      SUE E. MYERSCOUGH